**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jorge Rosete,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-01077-PHX-MTL (DMF)

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 5.) On August 31, 2026, Respondents filed a Status Update indicating Petitioner was scheduled to be removed from the United States. (Doc. 9.) The Court directed the parties to file a joint status report no later than September 10, 2026, but no status report was filed. Because it appears Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 23rd day of September, 2026.

Michael T. Liburdi
United States District Judge